IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN WILLIAM GORDON                                                                 PETITIONER
Reg. #21640-076

V.                                    NO.  2:10cv00001 WRW-JWC

T.C. OUTLAW, Warden,                                                                 RESPONDENT
FCI, Forrest City, AR

ORDER

Respondent has filed a response to this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 11).  If Petitioner desires to file a reply, he is directed to do so on or before April 29, 2010.

IT IS SO ORDERED this 29th day of March, 2010.


_____
UNITED STATES MAGISTRATE JUDGE