IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN WILLIAM GORDON                                                               PETITIONER
Reg. #21640-076

V.                                          2:10cv00001 WRW

T.C. OUTLAW, Warden,                                                              RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 4th day of November, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE