IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN WILLIAM GORDON                                                          PETITIONER
Reg. #21640-076

V.                                      2:10cv00001 WRW

T.C. OUTLAW, Warden,                                                          RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 4th day of November, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE